IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY SCHULTE, | ) | Case No. 8:13CV64 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CENTURY-OMAHA HOSPITALITY, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Jerry Katskee and Tara Stingley, counsel for the parties,

**IT IS ORDERED:**

1. On or before **June 24, 2013,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. Pending deadlines are cancelled upon the representation that this case is settled.

Dated: May 28, 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge