IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARY SCHULTE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CENTURY-OMAHA HOSPITALITY, LLC,<br><br>　　　　　Defendant. | CASE NO. 8:13CV64<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (Filing No. 16). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1), and the Court concludes that it should be approved. The above-captioned matter will be dismissed in its entirety, with prejudice, with each party to pay its own attorney's fees and costs. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal With Prejudice (Filing No. 16) is approved;

2. The above-captioned matter is dismissed in its entirety with prejudice; and

3. Each party is to pay her/its own attorney's fees and costs.

Dated this 19th day of June, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge